UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| CHRISTOPHER THOMAS-TROY CONNOLLY,<br>　　　　Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>　　　　Defendant | CASE NUMBER:　1:15-CV-00718-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✖ GRANTED.

　✖ The clerk is directed to file the complaint.

　✖ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this   13th   day of   May  ,  2015  .


_/s/ Barbara A. McAuliffe_
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer