Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHRISTOPHER THOMAS-TROY CONNOLLY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER THOMAS-TROY CONNOLLY<br><br>           Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>           Defendant. | Case No.: 1:15-cv-00718-BAM<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

-1-

1  Plaintiff Christopher Thomas-Troy Connolly and Defendant Carolyn W.
2 Colvin, Acting Commissioner of Social Security, through their undersigned
3 attorneys, stipulate, subject to this court's approval, to extend the time by 35days
4 from January 4, 2016 to February 8, 2016 for Plaintiff to file a opening brief, with
5 all other dates in the Court's Order Concerning Review Of Social Security Cases
6 extended accordingly. This is Plaintiff's first request for an extension. This request
7 is made at the request of Plaintiff's counsel to allow additional time to fully
8 research the issues presented.

9 DATE: January 4, 2016         Respectfully submitted,
10                                LAWRENCE D. ROHLFING
11                                    /s/ *Vijay J. Patel*
12                          BY: _____
                                Vijay J. Patel
13                              Attorney for plaintiff Mr. Christopher Thomas-
14 Troy Connolly

15

16 DATE:  January 4, 2016
                                BENJAMIN WAGNER
17                              United States Attorney

18                                  /s/ *Jean M. Turk*
19                          BY: _____
                                Jean M. Turk
20                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
21                              |*authorized by e-mail|

22

23

24 ///

25 ///

26

-2-

# **ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including **February 8, 2016**, to serve and file his Opening Brief. All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 5, 2016**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE