Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHRISTOPHER THOMAS-TROY CONNOLLY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER THOMAS-TROY CONNOLLY<br><br>　　　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　　　Defendant. | Case No.: 1:15-cv-00718-BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(SECOND REQUEST) |

Plaintiff Christopher Thomas-Troy Connolly and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time by 30 days from February 8, 2016 to March 9, 2016 for Plaintiff to file his Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented and due to an extensive briefing schedule. Counsel apologies to the Court for any inconvenience.

DATE: February 10, 2016                    Respectfully submitted,

                                        LAWRENCE D. ROHLFING

                                /s/ *Vijay J. Patel*
          BY: _____
                Vijay J. Patel
                Attorney for plaintiff Mr. Christopher Thomas-Troy Connolly

DATE:  February 10, 2016

                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ *Jean M. Turk*
          BY: _____
                Jean M. Turk
                Special Assistant United States Attorney
                Attorneys for defendant Carolyn W. Colvin
                |*authorized by e-mail|

## **ORDER**

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including, March 9, 2016, to serve and file his Opening Brief. All corresponding briefing deadlines are modified accordingly.

No further extensions of time for filing the Opening Brief shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **February 10, 2016**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE