# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CONNOLLY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>Defendant. | Case No. 1:15-cv-718-BAM<br><br>**ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS** |

On July 28, 2017, the Ninth Circuit Court of Appeals granted the parties' joint motion for a full remand and instructed this Court to remand the action to the Commissioner for further administrative proceedings as set forth in the parties' stipulation. (Doc. 23). The Mandate of the Ninth Circuit Court of Appeals issued on September 19, 2017. (Doc. 24).

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's Order. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 2, 2017**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this action.

1